UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEONARD DORANCE OSTRANDER, <br><br> Plaintiff, <br><br> v. <br><br> R. SMITH and JOHN DOE, <br><br> Defendants. <br>_____/ | Case No. 23-10803 <br><br> Linda V. Parker <br> United States District Judge <br><br> Curtis Ivy, Jr. <br> United States Magistrate Judge |

## **ORDER REGARDING SUMMARY JUDGMENT**

As discussed in the Report and Recommendation, filed today, Defendant Smith's request for summary judgment in his response to Plaintiff's motion for summary judgment was improper. Defendant Smith will have until **July 8, 2024**, to move for summary judgment if he chooses.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which

the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: June 18, 2024

s/Curtis Ivy, Jr.
Curtis Ivy, Jr.
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on June 18, 2024.

s/Sara Krause
Case Manager
(810) 341-7850